PETITION OF ELISHA JOHNSON, 1746/7

J. Honyman Att pro R^t

COLONY OF RHODE ISLAND ETC. At a Court of Vice Admiralty held at Newport in Said Colony, on Tuesday the 13th day of January A: D 1746 at Eleven a Clock A: M

Before the Hon^ble W^m Strengthfield Esq^r D. Judge

The Court being opened. The Petition of Elisha Johnson, with the Citation being read in Court. And the Court was adjourned untill further notice

15th day of Jan^y The Court was opened

M^r Bull adv° for the Pet^rs moved to the Court that M^r Dyre, give Security: which was done accordingly by M^r J. Honeyman Ju^r by Indorsing the Citation.

M^r Bull and M^r Ja: Honeyman Made their Pleas to the Merrits of the case.

The Pet^rs Cost and charges was lodged in Court Upon w^h the Court was adjourned untill further notice

In considering the above appeal I find by the Records of this Court that the Appellant Obtained a Decree of s^d Court against Charles Dyre for thirty Six pounds Ten Shillings Curr^y Money of the Old Tenor with Costs from which Decree the s^d Dyre appealed to the High Court of Admiralty of Great Britain and the s^d Dyre together with Thomas Potter, by One Bond on file in Court as a part of the Original case, appears to have Stipulated that the s^d Dyre should effectually prosecute s^d appeal within one year and on failure pay treble Cost as shall be awarded, And as the sum first decreed to the Appellant was not then paid, nor no Copys have been taken out of the Registers Office by s^d Dyre or any other person in his behalf on thursday the 15th of January 1746 which is two years and three months from the date of s^d Bond and it was likewise acknowledged by s^d Dyres Advocate that no prosecution had been made at that time whereby according to s^d Bond I apprehend the Appellant is Entitled at present to the Original Debt and Cost, Accordingly I Order and Decree that the s^d Charles Dyre immediately pay unto Elisha Johnson the sum of thirty Six Pounds Ten Shillings being the Original Debt Also twenty pounds Eighteen Shillings for Attorneys fees Charges of the Exemplification and other Costs and damages Which s^d Johnson appears to have Suffered in this Case and I further Decree that the s^d Charles Dyre pay unto s^d Johnson the sum of seventeen pounds Charged by s^d Johnson for Examining the Officer of the High Court of Admiralty upon the s^d Johnson producing a Sufficient Voucher that the same hath been paid there. All the s^d sums being of the Current money of the Old Tenor of this Colony and I also Decree that the s^d Dyre pay the Costs of this Court, Jan^y 18th 1746 W^m Strengthfield